

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

SHIRA SISKIND
*Assistant Corporation Counsel*
Tel.: (212) 356-2414
Fax: (212) 356-3509
*ssiskind@law.nyc.gov*

March 29, 2016

**BY ECF**
Honorable Steven M. Gold
Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   Cartell Johnson v. City of New York, et al.
>        15 CV 1625 (WFK) (SMG)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter. Defendant City writes in compliance with this Court's Order dated March 16, 2016 to provide specific dates for the defendants' depositions.

      With respect to Officer Williams, the squad to which he is currently assigned is being dismantled, and he will not know his schedule until Friday, April 1, 2016. Sgt. Enright is available to be deposed on April 27, 2016. The parties have agreed that they will attempt to depose Officer Williams on April 27, 2016 as well, assuming his schedule so permits.

Defendant City thanks the Court for its time.

Respectfully submitted,

/s/

Shira Siskind
Assistant Corporation Counsel
Special Federal Litigation Division

cc: <u>By ECF</u>
James Sanborn, Esq.
*Attorney for Plaintiff*