Complaint# 2012-067-00012

Page 10 of 23

## COMPLAINT - FOLLOW UP INFORMATIONAL REPORT - ACTIVATE INVESTIGATION CARD

| Crime/Condition | Command |
|---|---|
| CRIMINAL MISCHIEF & RELATED OF | 067-67TH PRECINCT |
| | Date of This Report: 01/08/2012 |

| Date of UF61 | Date Case Assigned | Complaint No. | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|---|
| 01/01/2012 | 01/02/2012 | 2012-067-00012 | 2012 - 5 | SQUAD | 6 |

| Topic/Subject | Activity Date | Activity Time |
|---|---|---|
| (ACTIVATE INVESTIGATION CARD) WANT: CARTELL JOHNSON (SUBJECT) | 01/07/2012 | 23:30 |

**Details**

**Summary of Investigation:**

**iCard**

| Control No. | IDS No. |
|---|---|
| | I2012000640 |

| Last Name | First Name | M.I. | Aliases/Nicknames | NYSID No. |
|---|---|---|---|---|
| Johnson | Cartell | | | 09492684R |

Last known address (Street, Apt, State, Zip)
NYC 5319 CHURCH AVENUE Apt#2 BROOKLYN, NY     Pct. 067

| Sex | Race | Date of Birth | Social Security No. | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|
| MALE | BLACK | ██/██/1983 | | 5-6 | 160 | BLACK | BROWN |

| Sought As | Precautions to be Observed | Other |
|---|---|---|
| PERPETRATOR - PROBABLE CAUSE TO ARREST | | |

| Domestic Violence? | Misd | Felony |
|---|---|---|
| Yes | No | Yes |

| Law Title | Law Section | Law Code/Description |
|---|---|---|
| PL | PL 145 | CRIMINAL MISCHIEF | PL 145.05 | F | E | 3 |

| Attempt | Type | Class | Count |
|---|---|---|---|
| NO | F | E | 1 |

Additional Information Regarding Subject (e.g. Friends, Relatives, Phone Numbers, Additional Addresses)
None

Additional Descriptive Information (Tattoos, Piercings, Facial Hair, Eyewear)
None

Specific Instructions For Apprehending Officers:
None

**Required Computer Checks**

| ADW Checked YES | Active I-Card NO | Notified TaxId | Name | Rank | Cmd |
|---|---|---|---|---|---|
| | Active Warrant NO | Notified TaxId | Name | Rank | Cmd |
| DALL Checked NO | Active Warrant NO | Notified TaxId | Name | Rank | Cmd |
| EJustice Checked YES | Active Warrant NO | Notified TaxId | Name | Rank | Cmd |
| NYSID Checked YES | Multiple Active NYSIDs NO | Notified TaxId | Name | Rank | Cmd |
| CRIMS Checked YES | Scheduled Court Date NO | Date of Next Court Appearance | Court Location | Court Part | Notified TaxId | Name | Rank | Cmd |

Command Phone Number
716-287-3249

| Reporting Officer: | Rank | Name | Tax Reg. No. | Command |
|---|---|---|---|---|
| | DT2 | MICHAEL BRAITHWAITE | 880686 | 287-67 DET SQUAD |

| Reviewing Supervisor: | Manner of Closing | Date Reviewed | Date of Next Review | Name | Supv. Tax No. |
|---|---|---|---|---|---|
| | | 01/08/2012 | | MICHAEL ENRIGHT | 879606 |

E00802015